**Frank E. FISHER, Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–Appellee.**

No. 2008–5094.

United States Court of Appeals, Federal Circuit.

Oct. 3, 2008.

## ORDER

The order of dismissal and the mandate dated 10/01/2008, 315 Fed.Appx. 250, 2008 WL 5737019, having been issued in error, the same hereby are, VACATED and RE-CALLED, and the notice of appeal is RE-INSTATED.

**Euwan Y.A. GODFREY, Petitioner,**

**v.**

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2008–3320.

United States Court of Appeals, Federal Circuit.

Oct. 3, 2008.

Robert Fred Stone, South Deerfield, MA, for Petitioner.

ON MOTION

*ORDER*

Upon consideration of Euwan Y.A. Godfrey's motion for reconsideration of the court's order dismissing her petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination, the statement now having been filed,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition is reinstated.

(2) Godfrey's brief is due within 40 days of the date of filing of this order.